# CIVIL CAUSE FOR STATUS CONFERENCE

**BEFORE: JUDGE FEUERSTEIN**

**DATE**:   February 20, 2020                                    **TIME**:   30 Minutes

**FILED**
**CLERK**

2/20/2020 4:10 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**CASES**:            19cv05738 Passalacqua v. County of Suffolk
                    19cv1546 Nin v. County of Suffolk

**PLTFFS ATTY**:     Richard Young

              X  Present            Not Present

**DEFTS ATTY**:      William Wexler (Town of Islip); Arlene Zwilling (Suffolk County)

              X  Present            Not Present

**COURT REPORTER**:                **COURTROOM DEPUTY**:   Bryan Morabito

**OTHER**:

 X    CASE CALLED.

  _        ARGUMENT HEARD / CONT'D TO_____.

  _        DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER:**

        All discovery in both cases shall be completed by August 10, 2020. Discovery is referred

to the magistrate judge.  In the interim, both cases are closed with leave to reopen on ten (10) days'

notice no later than August 20, 2020.

        The trial scheduled for March 30, 2020 in the *Nin* case is adjourned without date. A status

conference for both cases (for control date purposes) is set for November 4, 2020 at 11:15 a.m. in

courtroom 1010 of the Central Islip courthouse.