UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANTHONY PASSALAQUA and GLEN KLEIN,

                                    Plaintiff,          **NOTICE OF MOTION**
                                                     **PURSUANT TO RULE 12(c)**

              -against-                                  19-cv-05738(SJF)(AKT)

COUNTY OF SUFFOLK, SUFFOLK COUNTY EXECUTIVE
STEVEN BELLONE, SUFFOLK COUNTY POLICE
COMMISSIONER GERALDINE HART, SUFFOLK
COUNTY PISTOL LICENSING BUREAU EXECUTIVE
OFFICER SGT. WILLIAM WALSH, SUFFOLK COUNTY
COMMANDING OFFICER OF THE PISTOL LICENSING
BUREAU LIEUTENANT MICHAEL KOMOROWSKI,
PISTOL LICENSING BUREAU POLICE OFFICER
BERNSTEIN, TOWN OF ISLIP, ANGIE CARPENTER,
TOWN SUPERVISOR, DIRECTOR OF AIRPORT SECURITY
KEVIN BURKE, ISLIP TOWN PERSONNEL DIRECTOR
ARTHUR ABBATE, AIRPORT COMMISSIONER SHELLY
LAROSE-ARKEN, SUFFOLK COUNTY PISTOL LICENSING
BUREAU INVESTIGATOR NICHOLAS LORUSSO and
SUFFOLK COUNTY POLICE DEPARTMENT DETECTIVE
SGT. MICHAEL FLANAGAN,

                                    Defendants.

PLEASE TAKE NOTICE, that upon County Defendants' Memorandum of Law in

Support of Motion Pursuant to Rule 12(c) for Judgment on the Pleadings and upon all prior

pleadings and proceedings, the undersigned will move this Court, before the Honorable

Sandra J. Feuerstein at the United States Federal Courthouse, located at 100 Federal Plaza,

Central Islip, New York, on the ____day of 2020 at 9:30 o'clock in the forenoon or as soon

thereafter as counsel can be heard, for judgment on the pleadings pursuant to Fed.R.Civ.P.

Rule 12(c) dismissing the Complaint as against them.


Dated:  Hauppauge, New York
          June 10, 2020

Yours,

Dennis M. Cohen
Suffolk County Attorney
Attorney for County Defendants
H. Lee Dennison Building
P.O. Box 6100
Hauppauge, New York 11788-0099


*/s/ Arlene S. Zwilling*
By:  Arlene S. Zwilling
Assistant County Attorney

To:

Richard W. Young, Esq.
Young and Young, LLP
Attorneys for Plaintiffs
863 Islip Avenue
Central Islip, New York 11722

William D. Wexler, Esq.
Attorney for Town of Islip Defendants
816 Deer Park Avenue
North Babylon, NY 11703