UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANTHONY PASSALAQUA and GLEN KLEIN,

                                Plaintiff,

-against-

COUNTY OF SUFFOLK, SUFFOLK COUNTY EXECUTIVE STEVEN BELLONE, SUFFOLK COUNTY POLICE COMMISSIONER GERALDINE HART, SUFFOLK COUNTY PISTOL LICENSING BUREAU EXECUTIVE OFFICER SGT. WILLIAM WALSH, SUFFOLK COUNTY COMMANDING OFFICER OF THE PISTOL LICENSING BUREAU LIEUTENANT MICHAEL KOMOROWSKI, PISTOL LICENSING BUREAU POLICE OFFICER BERNSTEIN, TOWN OF ISLIP, ANGIE CARPENTER, TOWN SUPERVISOR, DIRECTOR OF AIRPORT SECURITY KEVIN BURKE, ISLIP TOWN PERSONNEL DIRECTOR ARTHUR ABBATE, AIRPORT COMMISSIONER SHELLY LAROSE-ARKEN, SUFFOLK COUNTY PISTOL LICENSING BUREAU INVESTIGATOR NICHOLAS LORUSSO and SUFFOLK COUNTY POLICE DEPARTMENT DETECTIVE SGT. MICHAEL FLANAGAN,

                                Defendants.

19-CV-5738 (SJF)(AKT)

**NOTICE OF MOTION PURSUANT TO RULE 12(c)**

      PLEASE TAKE NOTICE, that upon Town Defendants' Memorandum of Law in Support of Motion Pursuant to Rule 12(c) for Judgment on the Pleadings and upon all prior pleadings and proceedings, the undersigned will move this Court, before the Honorable Sandra J. Feuerstein at the United States Federal Courthouse, located at 100 Federal Plaza, Central Islip, New York, on the____ day of October, 2020 at 9:30 o'clock in the forenoon or as soon thereafter as counsel can be heard, for judgment on the pleadings pursuant to Fed.R.Civ.P.Rule 12(c) dismissing the Complaint as against them.

Dated: North Babylon, New York
       October 15, 2020

                                                        _/s/ William D. Wexler_
                                                        WILLIAM D. WEXLER, ESQ.
                                                        Attorney for Town of Islip Defendants
                                                        816 Deer Park Avenue
                                                         North Babylon, NY  11703
                                                        (631) 422-2900

TO: YOUNG & YOUNG, LLP
    By: Richard Young, Esq.
    Attorney for Plaintiffs
    863 Islip Avenue
    Central Islip, New York 11722

    DENNIS M. COHEN, Acting County Attorney
    By: Arlene S. Zwilling, Assistant County Attorney
    Attorney for County Defendants
    H. Lee Dennison Building
    P.O. Box 6100
    Hauppauge, New York 11788-0099