2:19-cv-05738-SJF-AKT

# United States District Court

## Eastern District of New York

ANTHONY PASSALACQUA AND GLEN KLEIN,

*Plaintiffs*

–v–

COUNTY OF SUFFOLK, SUFFOLK COUNTY EXECUTIVE, STEVEN BELLONE, SUFFOLK COUNTY POLICE COMMISSIONER GERALDINE HART, SUFFOLK COUNTY PISTOL LICENSING BUREAU EXECUTIVE OFFICER SGT. WILLIAM WALSH, SUFFOLK COUNTY COMMANDING OFFICER OF THE PISTOL LICENSING BUREAU LIEUTENANT MICHAEL KOMOROWSKI, PISTOL LICENSING BUREAU POLICE OFFICER BERNSTEIN, TOWN OF ISLIP, ANGIE CARPENTER, TOWN SUPERVISOR, DIRECTOR OF AIRPORT SECURITY KEVIN BURKE, ISLIP TOWN PERSONNEL DIRECTOR ARTHUR ABBATE, AIRPORT COMMISSIONER SHELLY LAROSE-ARKEN, SUFFOLK COUNTY PISTOL LICENSING BUREAU INVESTIGATOR NICHOLAS LORUSSO AND SUFFOLK COUNTY POLICE DEPARTMENT DETECTIVE SGT. MICHAEL FLANAGAN,

*Defendants*

## NOTICE OF APPEAL

2

Notice is hereby given that Plaintiffs Anthony Passalacqua and Glen Klein appeal to the United States Court of Appeals for the Second Circuit from the February 24, 2021 Electronic Case Filing Order entered in this action, the March 9, 2021 Electronic Case Filing Order entered in this action under Docket No. 37 and the Order affirming the aforementioned Electronic Case Filing Order on March 18, 2021.

DATED:   Central Islip, New York
March 29, 2021

*Richard U. Young*
**RICHARD YOUNG, ESQ. (RWY7633)**
*ATTORNEY FOR PLAINTIFFS*

**CORY H. MORRIS** (CM5225)
THE LAW OFFICES OF CORY H. MORRIS
*OF COUNSEL TO RICHARD YOUNG, ESQ.*
*Attorney for the Plaintiffs*
135 Pinelawn Road, Suite 250s
Melville NY 11747
Phone:  (631)450–2515
FAX:  (631)223–7377

To:  Arlene Zwilling, Esq.
Suffolk County Attorney's Office
H. Lee Dennison Building
Veterans Memorial Highway
Hauppauge, NY 11788

William D. Wexler, Esq.
816 Deer Park Avenue
North Babylon, N.Y. 11703