Anthony Passalacqua
81 Hettys Path
Farmingville, NY 11738
631-740-0847

Glen Klein
118 Stethem Dr
Cenereach, NY 11720
516-655-1478

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 27 2022 ★
LONG ISLAND OFFICE

April 25, 2022

Pro Se Office
United States Eastern District Court
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Brown,

My name is Anthony Passalacqua and my Co-Plaintiff's name is Glen Klein. We are Pro Se litigants in the matter of 2:19-cv-05738. We notified the court that former attorney of record, Richard Young of Young and Young, was removed from our case in June of 2021. Mr. Young's assistant, Cory Morris Esq. is not listed as an attorney of record nor will he be representing us.

Thank you for your attention.

Respectfully,

*[signature]*

Anthony Passalacqua

*[signature]*

Glen Klein

Front Line Training Center
1520 Ocean Ave
Bohemia, NY 11716

Pro Se Office
EDNY
100 Federal Plaza
Central Islip, NY
11722-4438

MID-ISLAND NY 117
25 APR 2022 PM 5 L