| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

BEFORE: STEVEN I. LOCKE  DATE: 6/12/2023
       U.S. MAGISTRATE JUDGE  TIME: 1:30 pm

CASE: CV 19-1546/21-2721 (GRB) Nin et al and Passalacqua et al v. County of Suffolk et al

TYPE OF CONFERENCE: STATUS      FTR: 1:43-1:58

APPEARANCES:

   For Plaintiff: Neil Torczyner

   For Defendant: Arlene Zwilling
                       William Wexler

**THE FOLLOWING RULINGS WERE MADE:**

☒ Other: Status conference held. As to both cases, the Court will hold a hearing as to outgoing counsel's claim of a lien on the files in Court on July 31, 2023 at 1:30pm. Defense counsel should indicate in writing whether they plan to attend. Outgoing counsel Richard Young of Young and Young is ordered to appear prepared to explain the lien his firm asserts in complete detail. A failure to appear will result in a waiver of the lien and a Court order that the file in both cases be turned over immediately. As to the Passalacqua case, the parties will serve discovery requests on July 12, 2023. Responses will be served on August 12, 2023. Further discovery requests in the Nin case may be served as appropriately determined by counsel. Plaintiff's counsel will serve a copy of this order on Richard Young and file proof of service on the docket.

**COURT APPEARANCES:**

The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

    7/31/23 at 1:30 pm : Oral Argument

    9/27/23 at 2:00 pm : Status Conference

                            SO ORDERED

                            /s/Steven I. Locke
                            STEVEN I. LOCKE
                            United States Magistrate Judge