

NEIL TORCZYNER  
Attorney at Law  
DIRECT TEL.: 516.355.9612  
DIRECT FAX: 516.355.9613  
NTORCZYNER@HKPLAW.COM  

June 12, 2023

Richard W. Young, Sr., Esq.  
863 Islip Avenue  
Central Islip, NY 11722  

<u>By: Electronic and First Class Mail</u>

    RE: Nin and Trischler v. County of Suffolk et al  
       Docket No. 19-cv-01546 (GRB)(SIL)  
       Passalacqua and Klein v. County of Suffolk et al  
       Docket No. 19-cv-05738 (GRB)(SIL)

Dear Mr. Young:

    I write in reference to the two matters listed above for which the firm of Harfenist Kraut & Perlstein has been appointed from the pro bono counsel list as counsel for the Plaintiffs.

    I had previously emailed you on June 5, 2023, and requested that you email those portions of your file for these matters and specifically any discovery materials which were provided to you by the Defendants as well as any documents provided to you by the Plaintiffs. In response to my e-mail you indicated "I have a significant lien on this file. Prior to my relinquishment of files we would need to resolve that issue. One resolved I would turn over the voluminous records I hold."

    I then wrote to you by letter dated June 7, 2023 (and e-mailed the same date) and addressed your claimed lien, but you have failed to respond to my letter, nor have you provided your former clients' files to date.

    Please be advised that United States Magistrate Judge Locke has set this matter down for a hearing on July 31, 2023 at 1:30 PM to address your lien and has ordered that you appear in person. I have enclosed copies of the Orders in both cases as the Court has directed me to serve these upon you and to file proof of such service with the Court.

    Please be guided accordingly.

                            Sincerely,  
                            HARFENIST KRAUT & PERLSTEIN, LLP  
                            By: *Neil Torczyner*  
                                Neil Torczyner

Encl.  
Cc: All clients via e-mail

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>          U.S. MAGISTRATE JUDGE | DATE: 6/12/2023<br>TIME:  1:30 pm |

CASE:  **CV 19-1546/21-2721 (GRB) Nin et al and Passalacqua et al v. County of Suffolk et al**

TYPE OF CONFERENCE:  STATUS          FTR: 1:43-1:58

APPEARANCES:

    For Plaintiff:   Neil Torczyner

    For Defendant: Arlene Zwilling
                        William Wexler

**THE FOLLOWING RULINGS WERE MADE:**

☒   Other:  Status conference held.  As to both cases, the Court will hold a hearing as to outgoing counsel's claim of a lien on the files in Court on July 31, 2023 at 1:30pm.  Defense counsel should indicate in writing whether they plan to attend.  Outgoing counsel Richard Young of Young and Young is ordered to appear prepared to explain the lien his firm asserts in complete detail.  A failure to appear will result in a waiver of the lien and a Court order that the file in both cases be turned over immediately.  As to the Passalacqua case, the parties will serve discovery requests on July 12, 2023.  Responses will be served on August 12, 2023.  Further discovery requests in the Nin case may be served as appropriately determined by counsel.  Plaintiff's counsel will serve a copy of this order on Richard Young and file proof of service on the docket.

**COURT APPEARANCES:**

The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

      7/31/23 at 1:30 pm          : Oral Argument

      9/27/23 at 2:00 pm          : Status Conference

                                             SO ORDERED

                                             /s/Steven I. Locke
                                             STEVEN I. LOCKE
                                             United States Magistrate Judge

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>        U.S. MAGISTRATE JUDGE | DATE: 6/12/2023<br>TIME: 1:30 pm |

CASE:  **CV 19-1546/21-2721 (GRB) Nin et al and Passalacqua et al v. County of Suffolk et al**

TYPE OF CONFERENCE: STATUS          FTR: 1:43-1:58

APPEARANCES:

  For Plaintiff:  Neil Torczyner

  For Defendant: Arlene Zwilling
                 William Wexler

**THE FOLLOWING RULINGS WERE MADE:**

☒ Other: Status conference held. As to both cases, the Court will hold a hearing as to outgoing counsel's claim of a lien on the files in Court on July 31, 2023 at 1:30pm. Defense counsel should indicate in writing whether they plan to attend. Outgoing counsel Richard Young of Young and Young is ordered to appear prepared to explain the lien his firm asserts in complete detail. A failure to appear will result in a waiver of the lien and a Court order that the file in both cases be turned over immediately. As to the Passalacqua case, the parties will serve discovery requests on July 12, 2023. Responses will be served on August 12, 2023. Further discovery requests in the Nin case may be served as appropriately determined by counsel. Plaintiff's counsel will serve a copy of this order on Richard Young and file proof of service on the docket.

**COURT APPEARANCES:**

The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

  7/31/23 at 1:30 pm          : Oral Argument

  9/27/23 at 2:00 pm          : Status Conference

                                        SO ORDERED

                                        /s/Steven I. Locke
                                        STEVEN I. LOCKE
                                        United States Magistrate Judge