UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------- X
                                                        :
ANTHONY PASSALACQUA and GLENN KLEIN, : Civil Action No. 19-cv-05738 (GRB) (SIL)
                                                        :
                 Plaintiffs,                :
                                                        :             **MOTION FOR WITHDRAWAL**
             -against-                    :                    **OF APPEARANCE**
                                                        :
COUNTY OF SUFFOLK, SUFFOLK COUNTY        :
EXECUTIVE STEVEN BELLONE, SUFFOLK         :
COUNTY POLICE COMMISSIONER                   :
GERALDINE HART, SUFFOLK COUNTY PISTOL :
LICENSING BUREAU EXECUTIVE OFFICER      :
SGT. WILLIAM WALSH, SUFFOLK COUNTY      :
COMMANDING OFFICER OF THE PISTOL         :
LICENSING BUREAU LIEUTENANT MICHAEL     :
KOMOROWSKI, PISTOL LICENSING BUREAU      :
POLICE OFFICER BERNSTEIN, TOWN OF ISLIP, :
ANGIE CARPENTER, TOWN SUPERVISOR,        :
DIRECTOR OF AIRPORT SECURITY KEVIN        :
BURKE, ISLIP TOWN PERSONNEL DIRECTOR     :
ARTHUR ABBATE, AIRPORT COMMISSIONER     :
SHELLY LAROSE-ARKEN, SUFFOLK COUNTY    :
PISTOL LICENSING BUREAU INVESTIGATOR     :
NICHOLAS LORUSSO and SUFFOLK COUNTY    :
POLICE DEPARTMENT DETECTIVE SGT.          :
MICHAEL FLANAGAN,                            :
                                                        :
                     Defendants.            :
------------------------------------- X

        PLEASE TAKE NOTICE that, pursuant to Local Rule 1.4, prior counsel for the Defendants, TOWN OF ISLIP, TOWN SUPERVISOR ANGIE CARPENTER, DIRECTOR OF AIRPORT SECURITY KEVIN BURKE, ISLIP TOWN PERSONNEL DIRECTOR ARTHUR ABBATE AND AIRPORT COMMISSIONER SHELLEY LAROSE-ARKEN, (collectively, the "Defendants"), respectfully moves this Court for an Order withdrawing John R. DiCioccio, Esq., as counsel for the Defendants. The request is appropriate and made because John R. DiCioccio, Esq. is no longer associated with the Town of Islip, Office of the Town Attorney. William D.

Wexler of William D. Wexler, Esq. will continue to serve as counsel of record for the Defendants in the above-referenced action.

WHEREFORE, it is respectfully requested that the Court grant the instant Motion and withdraw the appearance of John R. DiCioccio, Esq. from the above-referenced action.

Dated: Garden City, New York
July 13, 2023

GREENBERG TRAURIG, LLP

By: *s/ John R. DiCioccio*
John R. DiCioccio
900 Stewart Avenue, 5th Floor
Garden City, NY 11530
(631) 994-2411
Email: JR.DiCioccio@gtlaw.com

*Former Attorney for Defendants:*
TOWN OF ISLIP, TOWN SUPERVISOR ANGIE CARPENTER, DIRECTOR OF AIRPORT SECURITY KEVIN BURKE, ISLIP TOWN PERSONNEL DIRECTOR ARTHUR ABBATE AND AIRPORT COMMISSIONER SHELLEY LAROSE-ARKEN

Formally with:
Town of Islip
Office of the Town Attorney
655 Main Street
Islip, NY 11751

Dated: _____, 2023

SO ORDERED

_____
Magistrate Judge Steven I. Locke

ADMIN 688279009v1